An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAWN SCHUYLER,
               Appellant,
    vs.
ERIC TAYLOR,
               Respondent.

No. 67165

FILED

FEB 10 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

    This is a pro se appeal from an order denying a motion for an order to show cause. Second Judicial District Court, Washoe County, Linda M. Gardner, Judge.

    As no statute or court rule authorizes an appeal from the challenged order it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). We therefore lack jurisdiction to consider this appeal, and we

    ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-04304

cc: Hon. Linda M. Gardner, District Judge
Dawn Schuyler
Eric Taylor
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A